```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 01481
    ANTONIO SOSTENES
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-5100


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 01/29/2007 and was confirmed 04/25/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/22/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS I  NOTICE ONLY    NOT FILED          .00             .00
DEUTSCHE BANK NATIONAL T  CURRENT MORTG       .00           .00             .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE       .00           .00             .00
HITCHCOCK AND ASSOCIATES  PRIORITY       NOT FILED          .00             .00
CAPITAL ONE               UNSEC W/INTER     631.57          .00             .00
CBE GROUP                 UNSEC W/INTER NOT FILED           .00             .00
CREDIT MANAGEMENT INC     UNSEC W/INTER NOT FILED           .00             .00
KOHLS                     UNSEC W/INTER     296.21          .00             .00
MERCHANTS CREDIT GUIDE C  UNSEC W/INTER NOT FILED           .00             .00
NICOR GAS                 UNSEC W/INTER     286.69          .00             .00
SAM'S CLUB                UNSEC W/INTER    1090.47          .00             .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER    2700.26          .00             .00
ERICA BAHENA              NOTICE ONLY    NOT FILED          .00             .00
JUAN LOPEZ                NOTICE ONLY    NOT FILED          .00             .00
DEUTSCHE BANK             NOTICE ONLY    NOT FILED          .00             .00
MERCHANTS CREDIT GUIDE C  UNSEC W/INTER NOT FILED           .00             .00
VATIV RECOVERY SOLUTIONS  UNSEC W/INTER     161.08          .00             .00
THOMAS R HITCHCOCK        DEBTOR ATTY     2,044.50                      1,547.70
TOM VAUGHN                TRUSTEE                                         102.30
DEBTOR REFUND             REFUND                                            .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                  1,650.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,547.70
TRUSTEE COMPENSATION                           102.30
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01481 ANTONIO SOSTENES

```
DEBTOR REFUND                                                         .00
                                        ---------------   ---------------
TOTALS                                         1,650.00          1,650.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/05/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE